**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**UNITED STATES OF AMERICA**


**VS.**                              **CASE NO. 4:06CR000163-2 JMM**


**ARTHUR C. COVEY**


**ORDER**

The government's Motion to Dismiss the indictment is granted (#33).   The May 3, 2006

indictment against defendant Arthur C. Covey is dismissed based upon defendant being

committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

IT IS SO ORDERED this  2   day of September, 2008.



_____
James M. Moody
United States District Judge